STATE OF NEW JERSEY v. CHARLES W. ANDERSON.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES W. ANDERSON.

July 21, 1980.

Petition for certification denied.

EDWIN E. MASLONKA v. HENRY L. HERMANN, M. D.

July 21, 1980.

Leave to appeal granted.  (See 173 *N.J.Super.* 566)

BOARD OF EDUCATION OF PISCATAWAY TOWNSHIP v.
MR. JOSEPH CAFFIERO.

July 21, 1980.

Leave to appeal granted.  (See 173 *N.J.Super.* 204)

STATE OF NEW JERSEY v. PAUL HURD.

July 21, 1980.

Leave to appeal granted.  (See 173 *N.J.Super.* 333)